This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Tracy L. Walton v. Rickey L. Bowden, J. B. Hunt Transport, Inc.

| Case Number | 45D04-2007-CT-000781 |
| --- | --- |
| Court | Lake Superior Court, Civil Division 4 |
| Type | CT - Civil Tort |
| Filed | 07/31/2020 |
| Status | 07/31/2020 , Pending (active) |

## Parties to the Case

Defendant  Bowden, Rickey L.



Attorney
Keith A Gaston
*#706949, Lead, Retained*

CRUSER MITCHELL NOVITZ SANCHEZ GASTON & ZIMET LLP
3077 East 98th Street
Suite 280
Indianapolis, IN 46280
317-816-0300(W)

Attorney
Keith A Gaston
*#706949, Retained*

CRUSER MITCHELL NOVITZ SANCHEZ GASTON & ZIMET LLP
3077 East 98th Street
Suite 280
Indianapolis, IN 46280
317-816-0300(W)

Attorney
Bruce D. Jones
*#2862429, Retained*

Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP
3077 East 98th Street
Suite 280
Indianapolis, IN 46280
317-816-0300(W)

Attorney
Bradley Michael Owen
*#3271132, Retained*

Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP
3077 E 98th Street, Suite 280
Indianapolis, IN 46280
317-816-0300(W)

Attorney
Rachel O. Webster
*#3425149, Retained*

Cruser Mitchell Novitz Sanchez Gaston & Zimet, LLP
3077 E. 98th St.
Suite 280
Indianapolis, IN 46280
317-816-0300(W)

---

Defendant   J. B. Hunt Transport, Inc.

<u>Attorney</u>
Keith A Gaston
*#706949, Lead, Retained*

CRUSER MITCHELL NOVITZ SANCHEZ GASTON & ZIMET LLP
3077 East 98th Street
Suite 280
Indianapolis, IN 46280
317-816-0300(W)

<u>Attorney</u>
Bruce D. Jones
*#2862429, Retained*

Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP
3077 East 98th Street
Suite 280
Indianapolis, IN 46280
317-816-0300(W)

<u>Attorney</u>
Bradley Michael Owen
*#3271132, Retained*

Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP
3077 E 98th Street, Suite 280
Indianapolis, IN 46280
317-816-0300(W)

<u>Attorney</u>
Rachel O. Webster
*#3425149, Retained*

Cruser Mitchell Novitz Sanchez Gaston & Zimet, LLP
3077 E. 98th St.
Suite 280
Indianapolis, IN 46280
317-816-0300(W)

---

Plaintiff        Walton, Tracy L.

<u>Attorney</u>
Julie A. Dugan
*#2263745, Lead, Retained*

275 Joliet St.
Ste. 330
Dyer, IN 46311
219-322-8222(W)

<u>Attorney</u>
Andrew Arthur Crosmer
*#1153145, Retained*

Rubino, Ruman, Crosmer & Polen
275 Joliet Street
Suite 330
Dyer, IN 46311
219-322-8222(W)

<u>Attorney</u>
Michael Eugene Polen
*#2505245, Retained*

275 Joliet Street
Suite 330
Dyer, IN 46311-0000

<u>Attorney</u>
Terrence Marc Rubino
*#622045, Retained*

275 Joliet Street
Suite 330
Dyer, IN 46311-0000

## Chronological Case Summary

| 07/31/2020 | **Case Opened as a New Filing** |

| 07/31/2020 | **Appearance Filed** |
| | Appearance |
| | For Party: | Walton, Tracy L. |
| | File Stamp: | 07/31/2020 |

| 07/31/2020 | **Complaint/Equivalent Pleading Filed** |
| | Complaint for Damages and Jury Demand |
| | Filed By: | Walton, Tracy L. |
| | File Stamp: | 07/31/2020 |

| 07/31/2020 | **Subpoena/Summons Filed** |
| | Summons to Defendant Rickey Bowden |
| | Filed By: | Walton, Tracy L. |
| | File Stamp: | 07/31/2020 |

| 07/31/2020 | **Subpoena/Summons Filed** |
|---|---|

Summons to Defendant JB Hunt Transport, Inc.

| Filed By: | Walton, Tracy L. |
|---|---|
| File Stamp: | 07/31/2020 |

| 08/10/2020 | **Service Returned Served (E-Filing)** |
|---|---|

Notice of Service of Complaint and Summons to Defendant J. B. Hunt Transport, Inc.

| Filed By: | Walton, Tracy L. |
|---|---|
| File Stamp: | 08/10/2020 |

| 08/10/2020 | **Subpoena/Summons Filed** |
|---|---|

Alias Summons to Defendant Rickey Bowden

| Filed By: | Walton, Tracy L. |
|---|---|
| File Stamp: | 08/10/2020 |

| 08/27/2020 | **Appearance Filed** |
|---|---|

Appearance of Keith A. Gaston, Bruce D. Jones, Bradley M. Owen and Rachel O. Webster on behalf of Defendant J.B. Hunt Transport, Inc.

| For Party: | J. B. Hunt Transport, Inc. |
|---|---|
| File Stamp: | 08/27/2020 |

| 09/25/2020 | **Appearance Filed** |
|---|---|

Appearance of Keith A. Gaston, Bruce D. Jones, Bradley M. Owen and Rachel O. Webster on behalf of Defendant Rickie L. Bowden

| For Party: | Bowden, Rickey L. |
|---|---|
| File Stamp: | 09/25/2020 |

| 09/25/2020 | **Answer to a Complaint Filed** |
|---|---|

Defendants' Answer and Affirmative Defenses to Plaintiff's Complaint for Damages

| Filed By: | Bowden, Rickey L. |
|---|---|
| Filed By: | J. B. Hunt Transport, Inc. |
| File Stamp: | 09/25/2020 |

| 09/29/2020 | **Notice Filed** |
|---|---|

Notice of Service of Complaint and Summons to Defendant

| Filed By: | Walton, Tracy L. |
|---|---|
| File Stamp: | 09/29/2020 |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Walton, Tracy L.**

Plaintiff

**Balance Due** (as of 09/29/2020)

**0.00**

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 185.00 | 0.00 | 185.00 |

Transaction Summary

| Date | Description | Amount |
|------|-------------|--------|
| 07/31/2020 | Transaction Assessment | 157.00 |
| 07/31/2020 | Electronic Payment | (157.00) |
| 08/10/2020 | Transaction Assessment | 28.00 |
| 08/10/2020 | Electronic Payment | (28.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE CIRCUIT/SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | _____, INDIANA |

| | |
|---|---|
| TRACY L. WALTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) CAUSE NO.: |
| | ) |
| RICKEY L. BOWDEN and | ) |
| J. B. HUNT TRANSPORT, INC.    , | ) |
| | ) |
| Defendants. | ) |

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:
   Initiating  _X_____        Responding _____        Intervening _____; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for
   the following parties:

   Name of party_____Tracy L. Walton_____

   Address of party *(see Question # 6 below if this case involves a protection from abuse
   order, a workplace violence restraining order, or a no-contact order)*

   _____

   Telephone # of party _____

   *(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Name: Julie A. Dugan_____        Atty Number: 22637-45

   Address: Rubino, Ruman, Crosmer & Polen,

   _____275 Joliet Street, Suite 330, Dyer, IN  46311

   Phone: (219) 322-8222      Fax: (219) 322-6675

   Email Address: jdugan@rubinoruman.com

   *(List on continuation page additional attorneys appearing for above party)*

**IMPORTANT:** Each attorney specified on this appearance:
   (a) certifies that the contact information listed for him on the Indiana Supreme Court Roll of

Attorneys is current and accurate as of the date this Appearance is filed;
(b) acknowledges that all orders, opinions, and notices in this matter served under Trial Rule 86(G) will be sent to the attorney at the email address specified by the attorney on the Roll of Attorneys *regardless of the contact information listed above for the attorney*; and
(c) understands that he is solely responsible for keeping his Roll of Attorneys contact information current and accurate, *see* Ind. Admis. Disc. R. 2(A).

3. This is a _____CT_____ case type as defined in administrative Rule 8(B)(3).

*4.* This case involves child support issues. Yes ____ No _X___ *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes ____ No __X__ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)* The party shall use the following address for purposes of legal service:

_____ Attorney's address

_____ The Attorney General Confidentiality program address (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov**).

_____ Another address (provide)

_____

6. This case involves a petition for involuntary commitment. Yes ____ No __X__

7. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above: _____

b. State of Residence of person subject to petition: _____

c. At least one of the following pieces of identifying information:

    (i) Date of Birth _____

    (ii) Driver's License Number _____

        State where issued _____ Expiration date _____

    (iii) State ID number _____

        State where issued _____ Expiration date _____

    (iv) FBI number _____

(v)  Indiana Department of Corrections Number _____

(vi) Social Security Number is available and is being provided in an attached
confidential document Yes _____ No _____

8.  There are related cases: Yes _____ No __X__ *(If yes, list on continuation page.)*

9.  Additional information required by local rule:

_____

10. There are other party members: Yes _____ No_X___ *(If yes, list on continuation page.)*

11. This form has been served on all other parties and Certificate of Service is attached:
Yes___ No___

*/s/ Julie A. Dugan*
Julie A. Dugan, (22637-45)
Attorney-at-Law
(Attorney information shown above)

2.  CONTINUATION PAGE (Additional Attorneys Appearing)

Name: Terrence M. Rubino          Atty Number: 6220-45
Address: Rubino, Ruman, Crosmer & Polen,
275 Joliet Street, Suite 330, Dyer, IN 46311
Phone: (219) 322-8222 Fax: (219) 322-6675
Email Address: trubino@rubinoruman.com

Name: Andrew A. Crosmer          Atty Number: 11531-45
Address: Rubino, Ruman, Crosmer & Polen, 275 Joliet Street, Suite 330, Dyer, IN 46311
Phone: (219) 322-8222          Fax: (219) 322-6675
Email Address: acrosmer@rubinoruman.com

Name: Michael E. Polen, Jr.          Atty Number: 25052-45
Address: Rubino, Ruman, Crosmer & Polen, 275 Joliet Street, Suite 330, Dyer, IN 46311
Phone: (219) 322-8222          Fax: (219) 322-6675
Email Address: mpolen@rubinoruman.com

STATE OF INDIANA  )            IN THE LAKE CIRCUIT/SUPERIOR
                                COURT
                ) SS:
COUNTY OF LAKE    )            _____, INDIANA


TRACY L. WALTON,              )
                              )
    Plaintiff,               )
                              )
-vs-                          )  CAUSE NO.:
                              )
RICKEY L. BOWDEN and          )
J. B. HUNT TRANSPORT, INC.,   )
                              )
    Defendants.              )

## COMPLAINT FOR DAMAGES AND JURY DEMAND

Comes now the plaintiff, Tracy L. Walton, by counsel, Julie A. Dugan of

Rubino, Ruman, Crosmer & Polen, LLC, and for her cause of action against the

defendants, Rickey L. Bowden and J. B. Hunt Transport, Inc., states as follows:

    1.   That on July 19, 2019, plaintiff Tracy L. Walton was operating her

vehicle eastbound on Gostlin Street in Hammond, Lake County, Indiana.

    2.   That at said time and place, defendant Rickey L. Bowden was operating a

semi tractor and trailer owned by defendant J. B. Hunt Transport, Inc. eastbound

on Gostlin Street in Hammond, Lake County, Indiana.

    3.   At said time and place, defendant Rickey L. Bowden was the agent,

servant, and/or employee of defendant J. B. Hunt Transport, Inc.

    4.   That at said time and place defendant Rickey L. Bowden was at fault in

causing a collision to occur with the plaintiff's vehicle.

    5.   That the defendant, J. B. Hunt Transport, Inc., in addition to being

vicariously responsible for Rickey L. Bowden's negligence, was negligent, reckless, and willful and wanton in the hiring, supervising, training and retention of the defendant, Rickey L. Bowden.

6. That as a direct and proximate result of said misconduct and fault by the defendants, the plaintiff, Tracy L. Walton, was injured, some of which injuries may be permanent, incurred medical expenses, and was otherwise damaged.

WHEREFORE, the plaintiff seeks compensatory damages which will reasonably compensate her, plus costs, including attorney's fees for any frivolously asserted affirmative defenses, prejudgment interest and any other proper relief, including exemplary/punitive damages if appropriate.

/s/ Julie A. Dugan
JULIE A. DUGAN, #22637-45
Rubino, Ruman, Crosmer & Polen
Attorney for Plaintiff

## JURY DEMAND

Plaintiff, by counsel, demands trial by jury.

/s/ Julie A. Dugan
JULIE A. DUGAN, #22637-45
Rubino, Ruman, Crosmer & Polen
275 Joliet Street, Suite 330
Dyer, IN 46311
(219) 322-8222
jdugan@rubinoruman.com
Attorney for Plaintiff

Filed: 7/31/2020 9:46 AM
Clerk
Lake County, Indiana

STATE OF INDIANA )
) SS:
COUNTY OF LAKE )

IN THE SUPERIOR COURT OF LAKE COUNTY

Tracy L. Walton
    Plaintiff

-vs-

Rickey L. Bowden and J. B. Hunt Transport, Inc.
    Defendants

)
)
)
)
)
)
)

CAUSE NO.:

# SUMMONS

THE STATE OF INDIANA TO THE DEFENDANT:

Rickey L. Bowden

40 Jamestown Road

Desha, AR 72527

You have been sued by the person(s) identified as "Plaintiff" in the Court stated above.

The nature of the suit against you is stated in the COMPLAINT which is attached to this SUMMONS. It also states the demand which the Plaintiff has made against you.

You must either personally or by your attorney file your written answer to the COMPLAINT with the Clerk within twenty (20) days commencing the day after this SUMMONS and the COMPLAINT were personally served upon you or your agent or left for you by the Sheriff or other process server.

In the event the SUMMONS and COMPLAINT were left for you and you then receive by first class mail (not certified) a copy of the SUMMONS alone, this mailing is merely a confirmation that the SUMMONS and COMPLAINT were previously left for you. You should not consider the date on which you receive the mailed SUMMONS as the commencement date for the time period allowed for your answer. Rather, the time period allowed for your written answer commences on the date when the SUMMONS and COMPLAINT were first personally served upon you or your agent or left for you by the Sheriff or other process server.

However, if you or your agent first received the SUMMONS and the COMPLAINT by certified mail, you have twenty-three (23) days from the date of receipt to file your written answer with the Clerk.

If you fail to answer the COMPLAINT of the Plaintiff within the times prescribed herein, judgment will be entered against you for what the Plaintiff has demanded.

If you have a claim against the Plaintiff arising from the same transaction or occurrence, you may be required to assert such claim in writing together with your written answer.

The following manner of service is hereby designated: _____ CERTIFIED MAIL

Attorney for Plaintiff:    Julie A. Dugan

Date: _____ 7/31/2020

Ind. Atty. No.:    22637-45

Rubino, Ruman, Crosmer & Polen
275 Joliet Street, Suite 330
Dyer, IN 46311
Tel. No.: 219/322-8222

LORENZO ARREDONDO
CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

By: _____
    Deputy Clerk

**SEAL**
LAKE COUNTY COURTS INDIANA

PREPARATION DATA:
All Summons are to be prepared in triplicate with the original of each to be placed in the Court file with two copies available for service.
If service is by certified mail a properly addressed envelope shall be provided for each Defendant.
Certified mail labels and return receipts must also be furnished for each mailing and the cause number must appear on each return receipt, which shall be returnable to the Clerk at the address of the Court. (Form: CS 1/97)

CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20__, I mailed a copy of this SUMMONS and a copy of the COMPLAINT to the Defendant,_____, by _____ mail, requesting a return receipt, at the address furnished by the Plaintiff.

LORENZO ARREDONDO
CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

Dated: _____, 20__        By:_____
                                                            Deputy Clerk


RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT mailed to Defendant _____ was accepted by the Defendant on the_____ day of _____, 20__.

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT was returned not accepted on the _____day of _____, 20__.

LORENZO ARREDONDO
CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

Dated:_____, 20__        By:_____
                                                            Deputy Clerk

RETURN OF SERVICE OF SUMMONS BY SHERIFF

I hereby certify that I have served the within SUMMONS:

1.      By delivering on _____, 20__, a copy of this SUMMONS, a copy of the COMPLAINT and all other materials filed the same date to each of the within named person(s).
2.      By leaving on _____, 20__, for each of the within named person(s)
_____ a copy of the SUMMONS, a copy of the COMPLAINT and all other materials filed the same date at the respective dwelling house or usual place of abode of
_____ in _____, Indiana, with a person of suitable age and discretion residing within, whose usual duties or activities include prompt communication of such information to the person served, or by otherwise leaving such process thereat, and by mailing a copy of the SUMMONS without the COMPLAINT to the said named person(s) at the address listed herein.
3.      This SUMMONS came to hand this date, _____ 20__. The within named
_____ was not found in my bailiwick this date, _____, 20__.
        ALL DONE IN LAKE COUNTY, INDIANA.

OSCAR MARTINEZ, JR.
SHERIFF OF LAKE COUNTY, INDIANA

By:_____

SERVICE ACKNOWLEDGED

A copy of the within SUMMONS, a copy of the COMPLAINT and all materials filed the same dated attached thereto were received by me at _____ in _____ Indiana, on this date, _____, 20__.

_____
Signature of Defendant

STATE OF INDIANA ) IN THE SUPERIOR COURT OF LAKE COUNTY
) SS:
COUNTY OF LAKE )

Tracy L. Walton
    Plaintiff

-vs-

Rickey L. Bowden and J. B. Hunt Transport, Inc.
    Defendants

)
)
)
)   CAUSE NO.:
)
)        **SUMMONS**
)

THE STATE OF INDIANA TO THE DEFENDANT:

J. B. Hunt Transport, Inc.

c/o Corporation Service Company

135 N. Pennsylvania Street, Suite 1610

Indianapolis, IN 46204

You have been sued by the person(s) identified as "Plaintiff" in the Court stated above.

The nature of the suit against you is stated in the COMPLAINT which is attached to this SUMMONS. It also states the demand which the Plaintiff has made against you.

You must either personally or by your attorney file your written answer to the COMPLAINT with the Clerk within twenty (20) days commencing the day after this SUMMONS and the COMPLAINT were personally served upon you or your agent or left for you by the Sheriff or other process server.

In the event the SUMMONS and COMPLAINT were left for you and you then receive by first class mail (not certified) a copy of the SUMMONS alone, this mailing is merely a confirmation that the SUMMONS and COMPLAINT were previously left for you. You should not consider the date on which you receive the mailed SUMMONS as the commencement date for the time period allowed for your answer. Rather, the time period allowed for your written answer commences on the date when the SUMMONS and COMPLAINT were first personally served upon you or your agent or left for you by the Sheriff or other process server.

However, if you or your agent first received the SUMMONS and the COMPLAINT by certified mail, you have twenty-three (23) days from the date of receipt to file your written answer with the Clerk.

If you fail to answer the COMPLAINT of the Plaintiff within the times prescribed herein, judgment will be entered against you for what the Plaintiff has demanded.

If you have a claim against the Plaintiff arising from the same transaction or occurrence, you may be required to assert such claim in writing together with your written answer.

The following manner of service is hereby designated: _____ CERTIFIED MAIL

Attorney for Plaintiff:    Julie A. Dugan

Date: _____ 7/31/2020

Ind. Atty. No.:   22637-45

Rubino, Ruman, Crosmer & Polen
275 Joliet Street, Suite 330
Dyer, IN 46311
Tel. No.: 219/322-8222

LORENZO ARREDONDO
CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

By: _____
    Deputy Clerk

**SEAL**
LAKE COUNTY COURTS
INDIANA

PREPARATION DATA:

All Summons are to be prepared in triplicate with the original of each to be placed in the Court file with two copies available for service.

If service is by certified mail a properly addressed envelope shall be provided for each Defendant.

Certified mail labels and return receipts must also be furnished for each mailing and the cause number must appear on each return receipt, which shall be returnable to the Clerk at the address of the Court. (Form: CS 1/97)

I hereby certify that on the _____ day of _____, 20___, I mailed a copy of this SUMMONS and a copy of the COMPLAINT to the Defendant,_____, by _____ mail, requesting a return receipt, at the address furnished by the Plaintiff.

LORENZO ARREDONDO
CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

Dated: _____, 20___          By:_____
                                              Deputy Clerk

### RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT mailed to Defendant _____ was accepted by the Defendant on the_____ day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT was returned not accepted on the _____day of _____, 20___.

LORENZO ARREDONDO
CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

Dated:_____, 20___          By:_____
                                             Deputy Clerk

### RETURN OF SERVICE OF SUMMONS BY SHERIFF

I hereby certify that I have served the within SUMMONS:

1.    By delivering on _____, 20___, a copy of this SUMMONS, a copy of the COMPLAINT and all other materials filed the same date to each of the within named person(s).
2.    By leaving on _____, 20___, for each of the within named person(s) _____ a copy of the SUMMONS, a copy of the COMPLAINT and all other materials filed the same date at the respective dwelling house or usual place of abode of _____ in _____, Indiana, with a person of suitable age and discretion residing within, whose usual duties or activities include prompt communication of such information to the person served, or by otherwise leaving such process thereat, and by mailing a copy of the SUMMONS without the COMPLAINT to the said named person(s) at the address listed herein.
3.    This SUMMONS came to hand this date, _____ 20___. The within named _____ was not found in my bailiwick this date, _____, 20___.
      ALL DONE IN LAKE COUNTY, INDIANA.

OSCAR MARTINEZ, JR.
SHERIFF OF LAKE COUNTY, INDIANA

By:_____

### SERVICE ACKNOWLEDGED

A copy of the within SUMMONS, a copy of the COMPLAINT and all materials filed the same dated attached thereto were received by me at _____ in _____ Indiana, on this date, _____, 20___.

_____
Signature of Defendant

STATE OF INDIANA      )           IN THE LAKE SUPERIOR COURT
                     ) SS:        ROOM NUMBER FOUR
COUNTY OF LAKE     )           GARY, INDIANA

TRACY L. WALTON,               )
                            )
     Plaintiff,                 )
                            )
·vs·                          ) CAUSE NO.: 45D04·2007·CT·000781
                            )
RICKEY L. BOWDEN and       )
J. B. HUNT TRANSPORT, INC.,   )
                            )
     Defendants.             )

## NOTICE OF SERVICE OF COMPLAINT AND SUMMONS TO DEFENDANT

The plaintiff, by and through the undersigned counsel, hereby states that the

Defendant, J. B. Hunt Transport, Inc., was served with the Summons and

Complaint in this matter on August 4, 2020, via certified mail (see attached Exhibit

A).

                            */s/ Julie A. Dugan*
                            Julie A. Dugan, #22637·45
                            Rubino, Ruman, Crosmer & Polen, LLC
                            275 Joliet Street, Suite 330
                            Dyer, IN 46311
                            (219) 322·8222
                            jdugan@rubinoruman.com
                            Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I certify that on the 10th day of August, 2020, I electronically filed the above and foregoing pleading or paper with the Clerk of the Court using the Lake County E-Filing system and that service was made upon all parties or attorneys of record herein via the Lake County e-filing system.

                         */s/ Julie A. Dugan*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JB Hunt Transport, Inc.
c/o Corporation Service Co.
135 N. Pennsylvania, #1610
Indianapolis, IN 46204

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 5655 9308 4973 42

70:

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Mary Ale ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
M'24 Coleman

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for
  nfirmation™
  nfirmation
  livery

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
### Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Postmark
Here

Walton (H)

Sent To
JB Hunt Transport, Inc.
Street and Apt. No., or PO Box No.
135 N. Pennsylvania
City, State, ZIP+4
Indianapolis, IN 46704

7019 2970 0000 4553 0145

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions



EXHIBIT
A

**USPS TRACKING #**

9590 9402 5655 9308 4973 42

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

RECEIVED

RUBINO, RUMAN, AUG 1 0 2020
CROSMER & POLEN BY
275 Joliet Street, Suite 330
Dyer, IN 46311

Walton (++)

08/05

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

**Important Reminders:**

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not available* for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece.

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.

  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece. **IMPORTANT: Save this receipt for your records.**

PS Form 3800, April 2015 *(Reverse)* PSN 7530-02-000-9047

STATE OF INDIANA      )
                        ) SS:

COUNTY OF LAKE        )

IN THE SUPERIOR COURT OF LAKE COUNTY

GARY, INDIANA

Tracy L. Walton
    Plaintiff

-vs-

Rickey L. Bowden and J. B. Hunt Transport, Inc.
    Defendants

)
)
)
)
)
)
)

CAUSE NO.: 45D04-2007-CT-000781

## ALIAS  SUMMONS

THE STATE OF INDIANA TO THE DEFENDANT:

Rickey L. Bowden

40 Jamestown Road

Desha, AR  72527

      You have been sued by the person(s) identified as "Plaintiff" in the Court stated above.

      The nature of the suit against you is stated in the COMPLAINT which is attached to this SUMMONS. It also states the demand which the Plaintiff has made against you.

      You must either personally or by your attorney file your written answer to the COMPLAINT with the Clerk within twenty (20) days commencing the day after this SUMMONS and the COMPLAINT were personally served upon you or your agent or left for you by the Sheriff or other process server.

      In the event the SUMMONS and COMPLAINT were left for you and you then receive by first class mail (not certified) a copy of the SUMMONS alone, this mailing is merely a confirmation that the SUMMONS and COMPLAINT were previously left for you. You should not consider the date on which you receive the mailed SUMMONS as the commencement date for the time period allowed for your answer. Rather, the time period allowed for your written answer commences on the date when the SUMMONS and COMPLAINT were first personally served upon you or your agent or left for you by the Sheriff or other process server.

      However, if you or your agent first received the SUMMONS and the COMPLAINT by certified mail, you have twenty-three (23) days from the date of receipt to file your written answer with the Clerk.

      If you fail to answer the COMPLAINT of the Plaintiff within the times prescribed herein, judgment will be entered against you for what the Plaintiff has demanded.

      If you have a claim against the Plaintiff arising from the same transaction or occurrence, you may be required to assert such claim in writing together with your written answer.

      The following manner of service is hereby designated: _____ SHERIFF

8/10/2020

Attorney for Plaintiff:    Julie A. Dugan

Ind. Atty. No.:    22637-45

Rubino, Ruman, Crosmer & Polen
275 Joliet Street, Suite 330
Dyer, IN 46311
Tel. No.: 219/322-8222

Date: _____

LORENZO ARREDONDO
CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

MG

By: _____

    Deputy Clerk

SEAL
LAKE COUNTY COURTS
INDIANA

PREPARATION DATA:
All Summons are to be prepared in triplicate with the original of each to be placed in the Court file with two copies available for service.
If service is by certified mail a properly addressed envelope shall be provided for each Defendant.
Certified mail labels and return receipts must also be furnished for each mailing and the cause number must appear on each return receipt, which shall be returnable to the Clerk at the address of the Court. (Form: CS 1/97)

CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20__, I mailed a copy of this SUMMONS and a copy of the COMPLAINT to the Defendant,_____, by _____ mail, requesting a return receipt, at the address furnished by the Plaintiff.

LORENZO ARREDONDO
CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

Dated: _____, 20__        By:_____
                                              Deputy Clerk

RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT mailed to Defendant _____ was accepted by the Defendant on the_____ day of _____, 20__.

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT was returned not accepted on the _____day of _____, 20__.

LORENZO ARREDONDO
CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

Dated:_____, 20__        By:_____
                                              Deputy Clerk

RETURN OF SERVICE OF SUMMONS BY SHERIFF

I hereby certify that I have served the within SUMMONS:

    1.    By delivering on _____, 20__, a copy of this SUMMONS, a copy of the COMPLAINT and all other materials filed the same date to each of the within named person(s).

    2.    By leaving on _____, 20__, for each of the within named person(s) _____ a copy of the SUMMONS, a copy of the COMPLAINT and all other materials filed the same date at the respective dwelling house or usual place of abode of _____ in _____, Arkansas, with a person of suitable age and discretion residing within, whose usual duties or activities include prompt communication of such information to the person served, or by otherwise leaving such process thereat, and by mailing a copy of the SUMMONS without the COMPLAINT to the said named person(s) at the address listed herein.

    3.    This SUMMONS came to hand this date, _____ 20__. The within named _____ was not found in my bailiwick this date, _____, 20__.

ALL DONE IN INDEPENDENCE  COUNTY, INDIANA.

SHAWN STEPHENS
SHERIFF OF INDEPENDENCE COUNTY, ARKANSAS

By:_____

SERVICE ACKNOWLEDGED

A copy of the within SUMMONS, a copy of the COMPLAINT and all materials filed the same dated attached thereto were received by me at _____ in _____ Indiana, on this date, _____, 20__.

_____
Signature of Defendant

STATE OF INDIANA     )            IN THE LAKE SUPERIOR COURT
                           ) SS:   CIVIL DIVISION 4
COUNTY OF LAKE     )            CAUSE NO. 45D04-2007-CT-000781

TRACY L. WALTON,          )
                                 )
           Plaintiff,          )
                                 )
     v.                            )
                                 )
RICKEY L. BOWDEN and      )
J.B. HUNT TRANSPORT, INC.,   )
                                 )
          Defendants.        )

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification:** Initiating____Responding__X__Intervening _____

1.      The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):

### DEFENDANT J.B. Hunt Transport, Inc.

2.      Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

Name: <u>Keith A. Gaston, Esq.</u>      Atty. Number: <u>7069-49</u>
Name: <u>Bruce D. Jones, Esq.</u>      Atty. Number: <u>28624-29</u>
Name: <u>Bradley M. Owen, Esq.</u>      Atty. Number: <u>32711-32</u>
Name: <u>Rachel O. Webster, Esq.</u>      Atty. Number: <u>34251-49</u>
Address: <u>Cruser, Mitchell, Novitz,</u>      Phone: <u>(317) 816-0300</u>
<u>Sanchez, Gaston & Zimet, LLP</u>      FAX: <u>(317) 816-1604</u>
<u>3077 E. 98th Street, Suite 280</u>      E-Mail: kgaston@cmlawfirm.com
<u>Indianapolis, IN 46280</u>      bjones@cmlawfirm.com
                                               bowen@cmlawfirm.com
                                               rwebster@cmlawfirm.com

**IMPORTANT**: Each attorney specified on this appearance:

(a)      certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)      **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and**

{Firm/30001/00099/02673109.DOCX }

(c)     understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3.      This is a CT case type as defined in Administrative Rule 8(B)(3).

4.      This case involves child support issues. Yes__No_X

5.      There are other party members:  Yes__No_X

6.      This case involves support issues. Yes__No_X

7.      There are related cases: Yes__No_X

8.      This form has been served on all other parties. Certificate of Service is attached: Yes_ No_X_

9.      Additional information required by local rule:

> Respectfully submitted,
>
> CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP
>
>
> /s/ Keith A. Gaston, Esq.
> Keith A. Gaston, Esq., #7069-49
>
>
> /s/ Bruce D. Jones, Esq.
> Bruce D. Jones, Esq., #28624-29
>
>
> /s/ Bradley M. Owen, Esq.
> Bradley M. Owen, Esq., #32711-32
>
>
> /s/ Rachel O. Webster, Esq.
> Rachel O. Webster, Esq., #34251-49
>
> *Counsel for Defendant,*
> *J.B. Hunt Transport, Inc.*

2

CRUSER, MITCHELL, NOVITZ, SANCHEZ,
GASTON & ZIMET, LLP
3077 E. 98th Street, Suite 280
Indianapolis, IN 46280
(317) 816 0300
(317) 816 1604 (fax)

## CERTIFICATE OF SERVICE

I certify that on August 27, 2020, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS).

I also certify that on August 27, 2020, the foregoing document was served upon the following person via IEFS.

Julie A. Dugan, Esq.
RUBINO, RUMAN, CROSMER & POLEN
275 Joliet Street, Suite 330
Dyer, IN 46311


/s/ Keith A. Gaston, Esq.

{Firm/30001/00099/02673109.DOCX }

STATE OF INDIANA    )          IN THE LAKE SUPERIOR COURT
                          ) SS:    CIVIL DIVISION 4
COUNTY OF LAKE     )          CAUSE NO. 45D04-2007-CT-000781

TRACY L. WALTON,          )
                                )
        Plaintiff,          )
                                )
   v.                    )
                                )
RICKEY L. BOWDEN and     )
J.B. HUNT TRANSPORT, INC.,  )
                                )
        Defendants.     )

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification:**  Initiating____Responding__X__Intervening_____

1.    The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):

### DEFENDANT Rickie L. Bowden

2.    Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

Name: Keith A. Gaston, Esq.        Atty. Number: 7069-49
Name: Bruce D. Jones, Esq.         Atty. Number: 28624-29
Name: Bradley M. Owen, Esq.     Atty. Number: 32711-32
Name: Rachel O. Webster, Esq.    Atty. Number: 34251-49
Address: Cruser, Mitchell, Novitz,   Phone: (317) 816-0300
Sanchez, Gaston & Zimet, LLP     FAX:  (317) 816-1604
3077 E. 98th Street, Suite 280      E-Mail: kgaston@cmlawfirm.com
Indianapolis, IN 46280            bjones@cmlawfirm.com
                                    bowen@cmlawfirm.com
                                    rwebster@cmlawfirm.com

**IMPORTANT**:  Each attorney specified on this appearance:

(a)    certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)    **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and**

(c)     understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3.     This is a CT case type as defined in Administrative Rule 8(B)(3).

4.     This case involves child support issues. Yes__No_X

5.     There are other party members:  Yes__No_X

6.     This case involves support issues.  Yes__No_X

7.     There are related cases: Yes__No_X

8.     This form has been served on all other parties. Certificate of Service is attached: Yes_ No_X_

9.     Additional information required by local rule:

Respectfully submitted,

CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP

/s/ Keith A. Gaston, Esq.
Keith A. Gaston, Esq., #7069-49

/s/ Bruce D. Jones, Esq.
Bruce D. Jones, Esq., #28624-29

/s/ Bradley M. Owen, Esq.
Bradley M. Owen, Esq., #32711-32

/s/ Rachel O. Webster, Esq.
Rachel O. Webster, Esq., #34251-49

*Counsel for Defendant, Rickie L. Bowden*

{Firm/30001/00099/02742877.DOCX }

CRUSER, MITCHELL, NOVITZ, SANCHEZ,
GASTON & ZIMET, LLP
3077 E. 98th Street, Suite 280
Indianapolis, IN 46280
(317) 816 0300
(317) 816 1604 (fax)

## CERTIFICATE OF SERVICE

I certify that on September 25, 2020, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS).

I also certify that on September 25, 2020, the foregoing document was served upon the following person via IEFS.

Julie A. Dugan, Esq.
RUBINO, RUMAN, CROSMER & POLEN
275 Joliet Street, Suite 330
Dyer, IN 46311

/s/ Keith A. Gaston, Esq.

{Firm/30001/00099/02742877.DOCX }

STATE OF INDIANA    )           IN THE LAKE SUPERIOR COURT
                      ) SS:    CIVIL DIVISION 4
COUNTY OF LAKE    )           CAUSE NO. 45D04-2007-CT-000781

TRACY L. WALTON,          )
                              )
        Plaintiff,         )
                              )
    v.                     )
                              )
RICKEY L. BOWDEN and    )
J.B. HUNT TRANSPORT, INC.,    )
                              )
        Defendants.      )

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT FOR DAMAGES

Defendants, Rickie L. Bowden and J.B. Hunt Transport, Inc., by counsel, for their answer

and affirmative defenses to Plaintiff's Complaint for Damages, state as follows:

1.    That on July 19, 2019, plaintiff Tracy L. Walton was operating her vehicle

eastbound on Gostlin Street in Hammond, Lake County, Indiana.

**ANSWER: Based on information and belief, Defendants admit the material allegations of rhetorical paragraph 1 of Plaintiff's Complaint for Damages. However, Defendants deny any liability to Plaintiff for the incident, injuries and damages alleged in Plaintiff's Complaint for Damages.**

2.    That at said time and place, defendant Rickey L. Bowden was operating a semi

tractor and trailer owned by defendant J.B. Hunt Transport, Inc. eastbound on Gostlin Street in

Hammond, Lake County, Indiana.

**ANSWER:  Based on information and belief, Defendants admit the material allegations of rhetorical paragraph 2 of Plaintiff's Complaint for Damages. However, Defendants deny any liability to Plaintiff for the incident, injuries and damages alleged in Plaintiff's Complaint for Damages.**

3.    At said time and place, defendant Rickey L. Bowden was the agent, servant, and/or

employee of defendant J.B. Hunt Transport, Inc.

ANSWER: Defendants admit that portion of rhetorical paragraph 3 of Plaintiff's Complaint for Damages which avers that Rickie L. Bowden was an employee of and was acting within the course and scope of his employment with J.B. Hunt Transport, Inc. at the time of the accident alleged in Plaintiff's Complaint for Damages. However, Defendants deny any liability to Plaintiff for the incident, injuries and damages alleged in Plaintiff's Complaint for Damages.

4.     That at said time and place defendant Rickey L. Bowden was at fault in causing a

collision to occur with the plaintiff's vehicle.

ANSWER:   The material allegations of rhetorical paragraph 4 of Plaintiff's Complaint for Damages constitute legal conclusion to which no response is required. To the extent further response is contemplated, Defendants deny the material allegations of rhetorical paragraph 4 of Plaintiff's Complaint for Damages and further deny any liability to Plaintiff for the incident, injuries and damages alleged in Plaintiff's Complaint for Damages.

5.     That the defendant, J.B. Hunt Transport, Inc., in addition to being vicariously

responsible for Rickey L. Bowden's negligence, was negligent, reckless, and willful and wanton

in the hiring, supervising, training and retention of the defendant, Rickey L. Bowden.

ANSWER:   The material allegations of rhetorical paragraph 5 of Plaintiff's Complaint for Damages constitute legal conclusion to which no response is required. To the extent further response is contemplated, Defendants deny the material allegations of rhetorical paragraph 5 of Plaintiff's Complaint for Damages and further deny any liability to Plaintiff for the incident, injuries and damages alleged in Plaintiff's Complaint for Damages.

6.     That as a direct and proximate result of said misconduct and fault by the defendants,

the plaintiff, Tracy L. Walton, was injured, some of which injuries may be permanent, incurred

medical expenses, and was otherwise damaged.

ANSWER:   The material allegations of rhetorical paragraph 6 of Plaintiff's Complaint for Damages constitute legal conclusion to which no response is required. To the extent further response is contemplated, Defendants deny the material allegations of rhetorical paragraph 6 of Plaintiff's Complaint for Damages and further deny any liability to Plaintiff for the incident, injuries and damages alleged in Plaintiff's Complaint for Damages.

WHEREFORE, Defendants, Rickie L. Bowden and J.B. Hunt Transport, Inc., by counsel, respectfully request that the Court enter judgment in their favor and against the Plaintiff on all claims, counts, and causes of action of Plaintiff against Defendants in Plaintiff's Complaint for Damages, for their costs in this action, and for all other relief just and proper in the premises.

## AFFIRMATIVE DEFENSES

Defendants, Rickie L. Bowden and J.B. Hunt Transport, Inc., by counsel, for their affirmative defenses to Plaintiff's Complaint for Damages in this cause of action, state as follows:

1.     Any paragraph not specifically admitted or denied herein is hereby denied.

2.     Rhetorical paragraph 5 of Plaintiffs' Complaint for Damages fails to state a claim against Defendants upon relief can be granted.

3.     Plaintiff may have been guilty of comparative fault which fault may serve to bar or reduce any recovery by Plaintiff for the damages alleged herein.

4.     Plaintiff may have failed to mitigate her damages, if any.

5.     Plaintiff may have already been compensated for her damages by other sources and Defendants would be entitled to credit or set of for any such sums in accordance with the Indiana Collateral Source Rule.

6.     Defendants reserve the right to supplement these affirmative defenses as discovery and investigation continue.

WHEREFORE, Defendants, Rickie L. Bowden and J.B. Hunt Transport, Inc., by counsel, respectfully request that the Court enter judgment in their favor and against the Plaintiff on all claims, counts and allegations of Plaintiff against Defendants in Plaintiff's Complaint for Damages, for their costs in this action, and for all other relief just and proper in the premises.

# REQUEST FOR TRIAL BY JURY

Defendants, Rickie L. Bowden and J.B. Hunt Transport, Inc., by counsel, pursuant to Rule 38(B) of the Indiana Rules of Trial Procedure, hereby respectfully request a trial by jury as to all issues triable by jury.

Respectfully submitted,

CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP

/s/ Keith A. Gaston, Esq.
Keith A. Gaston, Esq., #7069-49
Bruce D. Jones, Esq., #28624-29
Bradley M. Owen, Esq., #32711-32
Rachel O. Webster, Esq., #34251-49

*Counsel for Defendants, Rickie L. Bowden and J.B. Hunt Transport, Inc.*

3077 E. 98th Street, Suite 280
Indianapolis, IN 46280
(317) 816-0300
(317) 816-1604 (fax)

## CERTIFICATE OF SERVICE

I certify that on September 25, 2020, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS).

I also certify that on September 25, 2020, the foregoing document was served upon the following person via IEFS.

Julie A. Dugan, Esq.
RUBINO, RUMAN, CROSMER & POLEN
275 Joliet Street, Suite 330
Dyer, IN 46311

/s/ Keith A. Gaston, Esq.

STATE OF INDIANA    )      IN THE LAKE SUPERIOR COURT
                  ) SS:  ROOM NUMBER FOUR
COUNTY OF LAKE     )      GARY, INDIANA

TRACY L. WALTON,         )
                         )

     Plaintiff,        )
                         )

-vs-                  )  CAUSE NO.: 45D04-2007-CT-000781
                         )

RICKEY L. BOWDEN and   )
J. B. HUNT TRANSPORT, INC.,  )
                         )

     Defendants.      )

## NOTICE OF SERVICE OF COMPLAINT AND SUMMONS TO DEFENDANT

The plaintiff, by and through the undersigned counsel, hereby states that the Defendant, Rickey L. Bowden, was served with the Summons and Complaint in this matter on September 24, 2020, via sheriff (see attached Exhibit A).

                         */s/ Julie A. Dugan*
                         Julie A. Dugan, #22637-45
                         Rubino, Ruman, Crosmer & Polen, LLC
                         275 Joliet Street, Suite 330
                         Dyer, IN 46311
                         (219) 322-8222
                         jdugan@rubinoruman.com
                         Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I certify that on the 29th day of September, 2020, I electronically filed the above and foregoing pleading or paper with the Clerk of the Court using the Lake County E-Filing system and that service was made upon all parties or attorneys of record herein via the Lake County e-filing system.

                         */s/ Julie A. Dugan*

STATE OF INDIANA )
) SS:
COUNTY OF LAKE )

IN THE SUPERIOR COURT OF LAKE COUNTY

GARY, INDIANA

Tracy L. Walton
    Plaintiff
-vs-

Rickey L. Bowden and J. B. Hunt Transport, Inc.
    Defendants

)
)
)
)
)
)
)

CAUSE NO.: 45D04-2007-CT-000781

## ALIAS SUMMONS

THE STATE OF INDIANA TO THE DEFENDANT:

Rickey L. Bowden

40 Jamestown Road

Desha, AR 72527

You have been sued by the person(s) identified as "Plaintiff" in the Court stated above.

The nature of the suit against you is stated in the COMPLAINT which is attached to this SUMMONS. It also states the demand which the Plaintiff has made against you.

You must either personally or by your attorney file your written answer to the COMPLAINT with the Clerk within twenty (20) days commencing the day after this SUMMONS and the COMPLAINT were personally served upon you or your agent or left for you by the Sheriff or other process server.

In the event the SUMMONS and COMPLAINT were left for you and you then receive by first class mail (not certified) a copy of the SUMMONS alone, this mailing is merely a confirmation that the SUMMONS and COMPLAINT were previously left for you. You should not consider the date on which you receive the mailed SUMMONS as the commencement date for the time period allowed for your answer. Rather, the time period allowed for your written answer commences on the date when the SUMMONS and COMPLAINT were first personally served upon you or your agent or left for you by the Sheriff or other process server.

However, if you or your agent first received the SUMMONS and the COMPLAINT by certified mail, you have twenty-three (23) days from the date of receipt to file your written answer with the Clerk.

If you fail to answer the COMPLAINT of the Plaintiff within the times prescribed herein, judgment will be entered against you for what the Plaintiff has demanded.

If you have a claim against the Plaintiff arising from the same transaction or occurrence, you may be required to assert such claim in writing together with your written answer.

The following manner of service is hereby designated: _____ SHERIFF

Attorney for Plaintiff:    Julie A. Dugan

Date: _____ 8/10/2020

Ind. Atty. No.:    22637-45
Rubino, Ruman, Crosmer & Polen
275 Joliet Street, Suite 330
Dyer, IN 46311
Tel. No.: 219/322-8222

LORENZO ARREDONDO    Lorenzo Arredondo
CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

By:    MG

Deputy Clerk

*(SEAL — LAKE COUNTY COURTS, INDIANA)*

PREPARATION DATA
All Summons are to be prepared in triplicate with the original of each to be placed in the Court file with two copies available for service. If service is by certified mail a properly addressed envelope shall be provided for each Defendant. Certified mail labels and return receipts must also be furnished for each mailing and the cause number must appear on each return receipt, which shall be returnable to the Clerk at the address of the Court (Form CS 1/97)

*(Stamp: Independence Co. Sheriff's Dept. RECEIVED ON AUG 14 2020)*

**EXHIBIT
A**

I hereby certify that on the _____ day of _____, 20__, I mailed a copy of this SUMMONS and a copy of the COMPLAINT to the Defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the Plaintiff.

LORENZO ARREDONDO
CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

Dated: _____, 20__          By: _____
                                                          Deputy Clerk

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT mailed to Defendant _____ was accepted by the Defendant on the _____ day of _____, 20__.

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT was returned not accepted on the _____ day of _____, 20__.

LORENZO ARREDONDO
CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

Dated: _____, 20__          By: _____
                                                          Deputy Clerk

## RETURN OF SERVICE OF SUMMONS BY SHERIFF

I hereby certify that I have served the within SUMMONS:

1. ✓ By delivering on _9/24_____, 20_20_ a copy of this SUMMONS, a copy of the COMPLAINT and all other materials filed the same date to each of the within named person(s).

2. By leaving on _____, 20__, for each of the within named person(s) _____ a copy of the SUMMONS, a copy of the COMPLAINT and all other materials filed the same date at the respective dwelling house or usual place of abode of _____ in _____. Arkansas, with a person of suitable age and discretion residing within, whose usual duties or activities include prompt communication of such information to the person served, or by otherwise leaving such process thereat, and by mailing a copy of the SUMMONS without the COMPLAINT to the said named person(s) at the address listed herein.

3. This SUMMONS came to hand this date. _____, 20__. The within named _____ was not found in my bailiwick this date. _____, 20__. _Arkansas_

ALL DONE IN INDEPENDENCE COUNTY, ~~INDIANA~~.

SHAWN STEPHENS
SHERIFF OF INDEPENDENCE COUNTY, ARKANSAS

By: _Sgt _____ 114_

## SERVICE ACKNOWLEDGED

A copy of the within SUMMONS, a copy of the COMPLAINT and all materials filed the same dated attached thereto were received by me at _____ in _____ Indiana, on this date, _____, 20__.

_____
Signature of Defendant