45D04-2007-CT-000781

Lake Superior Court, Civil Division 4

Filed: 7/31/2020 9:46 AM
Clerk
Lake County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE CIRCUIT/SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | _____, INDIANA |

TRACY L. WALTON,                     )
                                     )
    Plaintiff,                       )
                                     )
-vs-                                 )   CAUSE NO.:
                                     )
RICKEY L. BOWDEN and                 )
J. B. HUNT TRANSPORT, INC.,          )
                                     )
    Defendants.                      )

## COMPLAINT FOR DAMAGES AND JURY DEMAND

Comes now the plaintiff, Tracy L. Walton, by counsel, Julie A. Dugan of Rubino, Ruman, Crosmer & Polen, LLC, and for her cause of action against the defendants, Rickey L. Bowden and J. B. Hunt Transport, Inc., states as follows:

1. That on July 19, 2019, plaintiff Tracy L. Walton was operating her vehicle eastbound on Gostlin Street in Hammond, Lake County, Indiana.

2. That at said time and place, defendant Rickey L. Bowden was operating a semi tractor and trailer owned by defendant J. B. Hunt Transport, Inc. eastbound on Gostlin Street in Hammond, Lake County, Indiana.

3. At said time and place, defendant Rickey L. Bowden was the agent, servant, and/or employee of defendant J. B. Hunt Transport, Inc.

4. That at said time and place defendant Rickey L. Bowden was at fault in causing a collision to occur with the plaintiff's vehicle.

5. That the defendant, J. B. Hunt Transport, Inc., in addition to being

vicariously responsible for Rickey L. Bowden's negligence, was negligent, reckless, and willful and wanton in the hiring, supervising, training and retention of the defendant, Rickey L. Bowden.

6. That as a direct and proximate result of said misconduct and fault by the defendants, the plaintiff, Tracy L. Walton, was injured, some of which injuries may be permanent, incurred medical expenses, and was otherwise damaged.

WHEREFORE, the plaintiff seeks compensatory damages which will reasonably compensate her, plus costs, including attorney's fees for any frivolously asserted affirmative defenses, prejudgment interest and any other proper relief, including exemplary/punitive damages if appropriate.

/s/ Julie A. Dugan  
JULIE A. DUGAN, #22637-45  
Rubino, Ruman, Crosmer & Polen  
Attorney for Plaintiff

## JURY DEMAND

Plaintiff, by counsel, demands trial by jury.

/s/ Julie A. Dugan  
JULIE A. DUGAN, #22637-45  
Rubino, Ruman, Crosmer & Polen  
275 Joliet Street, Suite 330  
Dyer, IN 46311  
(219) 322-8222  
jdugan@rubinoruman.com  
Attorney for Plaintiff